# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT L. SONDERFAN,

    Petitioner,

vs.

WASHOE COUNTY, *et al.*,

    Respondents.

3:06-cv-00108-LRH-RAM

**ORDER**

Before the court is respondents' first motion for enlargement of time in which to file and serve an answer to the petition for writ of habeas corpus (docket #21). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including June 8, 2009, in which to file and serve an answer to the petition for writ of habeas corpus.

DATED this 24th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE