UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. SONDERFAN, | ) |
| Petitioner, | ) 3:06-cv-00108-LRH-RAM |
| vs. | ) ORDER |
| WASHOE COUNTY, *et al.*, | ) |
| Respondents. | ) |

Before the court is respondents' second motion for enlargement of time in which to file and serve an answer to the petition for writ of habeas corpus (docket #23).  Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**.  Respondents shall have up to and including July 23, 2009, in which to file and serve an answer to the petition for writ of habeas corpus.

NO FURTHER EXTENSIONS WILL BE GRANTED.

DATED this 10th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE