AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ROBERT L. SONDERFAN,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:   **3:06-CV-0108-LRH (RAM)**

WASHOE COUNTY, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED. Judgment is entered in favor of respondents.

 August 25, 2009                    **LANCE S. WILSON**
                                                                                          Clerk

                                                                /s/ M. Campbell
                                                                   Deputy Clerk